THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-36

| | |
|---|---|
| JOSHUA FARMER, et al. ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | SCHEDULING ORDER |
| ) | |
| THE PALMETTO BANK, et al. ) | |
| ) | |
| Appellees. ) | |
| _____) | |

THIS MATTER is before the Court on its own motion. Pursuant to the status conference held before the Court on February 3, 2011, the briefing and potential appeal schedule is as follows (subject to further order by the Court):

1. Oral arguments on the Motion to Stay will be held on February 9, 2011 at 10:30 AM.

2. Appellees are to file their brief in response to Appellants' Motion for Leave to Appeal by February 10, 2011 at noon.

3. Appellees are to file their designation of the record in response to the Appellants' designation by February 14, 2011.

4. Oral arguments on the Motion for Leave to Appeal will be held March 2, 2011 at 2:30 PM.

5. If the Motion for Leave to Appeal is granted:

   a. The Appellants shall serve and file their appeal brief within 14 days of the Court's order granting leave to appeal.

   b. The Appellees shall serve and file their response within 14 days of the filing of the Appellants' brief.

   c. The Appellants shall serve and file their reply (if any) within 7 days of the filing of the Appellees' brief.

   d. Oral arguments on the appeal will be scheduled as necessary.

**SO ORDERED.**

Signed: February 8, 2011

Graham C. Mullen
United States District Judge